|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| HEAVEN H.,<br><br>                          Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL,<br><br>                          Defendant. | CASE NO. C17-5957JLR<br><br>ORDER REVERSING AND REMANDING DENIAL OF BENEFITS |

Before the court is the memorandum and mandate of the Ninth Circuit Court of Appeals.  (*See* Memorandum (Dkt. # 22); Mandate (Dkt. # 23).)  On October 29, 2018, this court issued an order reversing the final decision of Defendant Nancy A. Berryhill, Deputy Commissioner of the Social Security Administration for Operations (the "Commissioner") and remanding this case for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).  (*See* 10/29/18 Order (Dkt. # 17) at 19.)  The court entered judgment on its order on the same day.  (*See* Judgment (Dkt. # 18).)  Plaintiff Heaven H. appealed.  (*See* Not. of Appeal (Dkt. # 19); Memorandum at 1.)  The Ninth

ORDER - 1

Circuit affirmed and remanded to this court "with instructions to remand for further administrative proceedings consistent with [this court's] previous order." (Memorandum at 8.) The Ninth Circuit issued its mandate on April 6, 2020. (*See id.* at 1; Mandate at 1.)

In accordance with the Ninth Circuit's Memorandum and Mandate, the Commissioner's final decision is REVERSED and this case is REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g), consistent with this court's October 29, 2018, order (*see* 10/29/18 Order).

Dated this 16th day of April, 2020.

JAMES L. ROBART
United States District Judge